# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| HELEN BAYNES, ) | CIVIL DIVISION |
| ) | |
| Plaintiff, ) | Civil Action No: 2:17-cv-01369 |
| ) | |
| vs. ) | Honorable Maureen P. Kelly |
| ) | |
| SANTANDER CONSUMER USA, ) | |
| DEL MAR RECOVERY SOLUTIONS, ) | |
| DOUG YUHOUSE, ) | |
| MICHELE KREMPASKY, ) | |
| WILKINSBURG POLICE ) | |
| DEPARTMENT, ) | |
| UNITED TOWING SERVICE, LLC also ) | |
| known as UNITED TOWING, BLAIR ) | |
| JOHNSON and JAY JOHNSON, ) | |
| ) | |
| Defendants. ) | |

**RESPONSE TO MOTION FOR CONFIRMATION OF ARBITRATION AWARD AS TO LIABILITY OF DEFENDANTS DEL MAR RECOVERY SOLUTIONS, UNITED TOWING SERVICES, BLAIR JOHNSON AND JAY JOHNSON FOR THE ARBITRATED CLAIMS, AND AMOUNT AWARDED FOR COMPENSATORY DAMAGES**

AND NOW comes the Defendants, Del Mar Recovery Solutions, United Towing Service, LLC, Jay Johnson and Blair Johnson and hereby files this Response to the Motion for Confirmation of Arbitration Award (Document No. 48) stating as follows:

Defendants, Del Mar Recovery Solutions, United Towing Service, LLC, Jay Johnson and Blair Johnson do not object to this motion and its request for the entry of confirmation of the award of $15,000.00 in favor of the Claimant, Helen Baynes.

                Respectfully submitted,

                <u>/s/ John E. Egers, Jr.,</u>
                John E. Egers, Jr., Esquire
                JULIAN LAW FIRM
                71 North Main Street
                Washington, PA 15301
                Phone: (724) 228-1860
                Fax:    (724) 225-9643
                johnegers@julianlawfirm.com
                Attorney for Defendants, Del Mar Recovery Solutions, United Towing Service, LLC, Jay Johnson and Blair Johnson